FILED
DECEMBER 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA ROGERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. _____ |
| AMERIPRISE FINANCIAL SERVICES, INC., | ) ) ) ) | **07 C 6876** |
| Defendant. | ) | **JUDGE ANDERSEN**<br>**MAGISTRATE JUDGE BROWN** |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Ameriprise Financial Services, Inc. ("Ameriprise"), by its attorneys and pursuant to 28 U.S.C. Sections 1441(a), (b) and 1446, hereby removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division. This action may be removed because this Court has original jurisdiction over Plaintiff's complaint pursuant to 28 U.S.C. Section 1332(a). In support of removal, Ameriprise states as follows:

1. On October 30, 2007, Plaintiff Joshua Rogers ("Plaintiff") filed a Complaint against Ameriprise in the Circuit Court of Cook County, Illinois, Case No. 07-L-012299 (the "Complaint"). On November 6, 2007, Ameriprise was served with the Summons and Complaint.

2. Copies of the Summons and Complaint, which constitute all process, pleadings and orders served upon Ameriprise, are attached hereto as Exhibit 1. Ameriprise's Notice of

1-CH/203644.1

Removal is timely pursuant to 28 U.S.C. Section 1446, because it is filed within thirty days of the date on which Ameriprise was served with the Summons and Complaint.[1]

3. Written notice of the filing of this Notice of Removal and its supporting papers have been served on Plaintiff and filed with the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. Section 1446(d).

4. The Complaint asserts two causes of action for retaliatory discharge, which are predicated on Plaintiff's employment with and termination from Ameriprise. Plaintiff alleges he was wrongfully terminated as a result of his purported activities of "opposing, objecting and refusing to" violate Ameriprise policy and securities laws. (Complaint ¶¶ 31-39.)

5. Plaintiff alleges that his wrongful termination caused him injury and damages in excess of $100,000. (Complaint Prayer for Relief pp. 10, 11.) Thus, the matter in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs.

6. Plaintiff Joshua Rogers is a resident of the state of Illinois. (Complaint ¶ 1.)

7. Defendant Ameriprise is a subsidiary of Ameriprise Financial, Inc. and is a corporation organized under the laws of the state of Delaware with its principal place of business in Minnesota. (Complaint ¶ 2; Ameriprise Company Overview, *available at* http://www.ameriprise.com/amp/global/docs/pr-company-overview.pdf *and* http://ir.ameriprise.com/phoenix.zhtml?c=191716&p=irol-homeprofile.) Accordingly, pursuant to 28 U.S.C. Section 1332(c)(1), Ameriprise is a citizen of the states of Delaware and Minnesota.

---

[1] By filing this Notice of Removal, Ameriprise is not waiving, and expressly reserves, its right to contest the adequacy of the Complaint.

8.  This civil action is therefore between citizens of different states and alleges an amount in controversy in excess of $75,000. As such, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. Section 1332(a)(1).

9.  Venue is proper in this District under 28 U.S.C. Section 1391.

## CONCLUSION

WHEREFORE, Ameriprise respectfully requests that Plaintiff's claims be removed to this Court pursuant to 28 U.S.C. Sections 1332(a), 1441, and 1446.

Dated: December 6, 2007                Respectfully submitted,

AMERIPRISE FINANCIAL SERVICES, INC.

By:   /s/Beth A. Black
      One of Its Attorneys

Steven M. Malina
Sari M. Alamuddin
Beth A. Black
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

## CERTIFICATE OF SERVICE

I, Beth A. Black, an attorney, state that I served a true and correct copy of **Defendant's Notice of Removal**, on:

>Jason M. Dai, Esq.
>Barney, Owens, Laughlin & Arthur, LLP
>323 W. Main Street
>Barrington, Illinois  60010

via U.S Mail by enclosing a copy of same in a properly addressed envelope, with postage fully prepaid, and depositing same in the United States Mail, from our offices located at 77 West Wacker Drive, Fifth Floor, Chicago, Illinois on December 6, 2007.

>/s/ Beth A. Black
>Beth A. Black

1-CH/203644.1