# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
**DECEMBER 6, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**07 C 6876**

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE BROWN**

**(a) PLAINTIFFS**
JOSHUA ROGERS

**DEFENDANTS**
AMERIPRISE FINANCIAL SERVICES, INC.

**(b)** County of Residence of First Listed Plaintiff: Cook County, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jason M. Dai
Barney, Owens, Laughlin & Arthur, LLP
323 W. Main Street, Barrington, IL 60010 (847)382-2221

Attorneys (If Known)
Steven M. Malina, Sari M. Alamuddin, Beth A. Black
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, 5th Floor, Chicago, IL 60601

**II. BASIS OF JURISDICTION** — [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
- Citizen of This State: PTF [X] 1, DEF 1
- Incorporated and Principal Place of Business In Another State: DEF [X] 5

**IV. NATURE OF SUIT** — 442 Employment

**V. ORIGIN** — [X] 2 Removed from State Court

**VI. CAUSE OF ACTION**
Removal petition under 28 U.S.C. §1332(a) for diversity.
Plaintiff's claims are for retaliatory discharge.

**VIII. REQUESTED IN COMPLAINT:**
JURY DEMAND: [X] Yes

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 12/6/07
SIGNATURE OF ATTORNEY OF RECORD: /s/ Beth A. Black