FILED
DECEMBER 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOSHUA ROGERS
V.
AMERIPRISE FINANCIAL SERVICES, INC.

Case Number:

**07 C 6876**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERIPRISE FINANCIAL SERVICES, INC.

**JUDGE ANDERSEN
MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print) <br> Sari M. Alamuddin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Sari M. Alamuddin | |
| FIRM <br> Morgan, Lewis & Bockius, LLP | |
| STREET ADDRESS <br> 77 West Wacker Drive, 5th Floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6215689 | TELEPHONE NUMBER <br> 312.324.1174 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |