

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

December 6, 2007

(312)435-5691

Jason M. Dai
Barney, Owens, Laughlin & Arthur, LLP
323 W. Main Street
Barrington, IL 60010

RE:            Joshua Rogers -V- Ameriprise Financial Services, Inc.
USDC Case No.   07 C 6876 - Judge Wayne R. Andersen

Dear Counselor:

The records of this office indicate that on December 6, 2007 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 07 L 12299. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

                              Sincerely yours,

                              Michael W. Dobbins, Clerk


                              By:    s/ Haydee Pawlowski
                                     Deputy Clerk


Enclosure