IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> AMERIPRISE FINANCIAL SERVICES, INC., ) <br> ) <br> Defendant. ) | Case No. 07-C-6876 <br><br> Judge Wayne R. Andersen <br><br> Magistrate Judge Brown |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Defendant, Ameriprise Financial Services, Inc. ("Ameriprise"), by its attorneys, moves for an extension of time to answer or otherwise plead. In support of the Motion, Defendant states as follows:

1. On October 30, 2007, Plaintiff Joshua Rogers ("Plaintiff") filed a Complaint against Ameriprise in the Circuit Court of Cook County, Law Division, Case No. 07-L-012299 (the "Complaint"). On November 6, 2007, the registered agent of Ameriprise was served with the Summons and Complaint.

2. On December 6, 2007, Ameriprise removed the action to this Court based on diversity jurisdiction.

3. Ameriprise has recently retained Morgan, Lewis & Bockius, LLP as counsel in this matter.

4. Because Morgan Lewis has recently been retained and due to the advent of the holiday season, counsel requires additional time to investigate the allegations contained in Plaintiff's Complaint.

1-CH/204701.1

5. Accordingly, Ameriprise requests an additional 30 days, or until January 14, 2008, to answer or otherwise plead in response to Plaintiff's Complaint.

6. Plaintiff's counsel has been contacted and has no objection to the 30-day extension.

7. A 30-day extension of time will not cause excessive delay in the litigation and will not unduly prejudice any party.

WHEREFORE, Ameriprise respectfully requests the Court grant its Unopposed Motion for an Extension of Time To Answer or Otherwise Plead to and including January 14, 2008.

Dated: December 11, 2007                      Respectfully submitted,

                                              AMERIPRISE FINANCIAL SERVICES, INC.


                                              By:   /s/ Beth A. Black
                                                    One of Its Attorneys


Steven M. Malina
Sari M. Alamuddin
Beth A. Black
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2007, I electronically filed the foregoing Unopposed Motion for an Extension of Time To Answer or Otherwise Plead and Proposed Order with the Clerk of the Court using the CM/ECF system which sent notification of such filing and via U.S. Mail by enclosing a copy of same in a properly addressed envelope, with postage fully prepaid, and depositing same in the United States Mail, from our offices located at 77 West Wacker Drive, Fifth Floor, Chicago, Illinois to the following:

Troy Owens, Esq.
Barney, Owens, Laughlin & Arthur, LLP
9 W. Crystal Lake Road
Lake in the Hills, Illinois 60156

By:　　/s/ Beth A. Black