IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-C-6876 |
| ) | |
| ) | Judge Wayne R. Andersen |
| AMERIPRISE FINANCIAL SERVICES, INC., ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

TO:  Troy Owens, Esq.
     Barney, Owens, Laughlin & Arthur, LLP
     9 W. Crystal Lake Road
     Lake in the Hills, Illinois 60156

## REVISED NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 20, 2007, at **9:00 a.m.**, or soon thereafter as we may be heard, we shall appear before United States District Judge Wayne R. Andersen or any judge sitting in his stead in Courtroom 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendant's, Ameriprise Financial Services, Inc., **Unopposed Motion For An Extension Of Time To Answer Or Otherwise Plead**, a copy of which is attached hereto and served upon you *via* the Court's electronic filing system and via U.S. Mail.

Dated: December 14, 2007

Respectfully Submitted,

AMERIPRISE FINANCIAL SERVICES, INC.

By:  /s/Beth A. Black
     One of Its Attorneys

Steven M. Malina
Sari M. Alamuddin
Beth A. Black
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

1-CH/204904.1