

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 6876 | **DATE** | 12/21/2007 |
| **CASE TITLE** | Joshua Rogers vs. Ameriprise Financial Services, Inc. | | |

**DOCKET ENTRY TEXT**

Enter proposed order. It is hereby ordered that defendant's unopposed motion for an extension of time to answer or otherwise plead up to and including January 14, 2008 is granted.

■ [ For further detail see separate order(s).]    Docketing to mail notices.



Courtroom Deputy Initials: TSA