IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> AMERIPRISE FINANCIAL SERVICES, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 07-C-6876 <br><br> Judge Wayne R. Andersen <br><br> Magistrate Judge Brown |

## PROPOSED ORDER

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Plead up to and including January 14, 2008 is GRANTED.

BY ORDER OF THE COURT

JUDGE WAYNE R. ANDERSEN

By: _[signature]_

Dated: _December 21, 2007_

1-CH/204722.1