**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number: 1:07-CV-06876
Joshua Rogers v. Ameriprise Financial Services, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Joshua Rogers, Plaintiff

| | |
|---|---|
| NAME (Type or print) Troy C. Owens | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Barney, Owens, Laughlin & Arthur, LLP | |
| STREET ADDRESS 9 W. Crystal Lake Rd., Suite 210 | |
| CITY/STATE/ZIP Lake in the Hills, Illinois  60156 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6208293 | TELEPHONE NUMBER 847-854-8700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |