MAR-02-2007 FRI 12:22 PM American Express      FAX NO. 18476982350         P. 03

# REPAYMENT AGREEMENT

The following Agreement is made and entered into on February 8, 2007 between _Joshua Rogers_ ("Me," and "My"), and Ameriprise Financial Services, Inc. or its successors and assigns, including its subsidiaries and affiliates ("Company").

1. I have requested and Company has agreed to provide me an advance of my 2007 Annual Incentive Award in the gross amount of $108,827. I understand that the 2007 Annual Incentive Award advance will be paid to me in three quarterly payments of $36,276, less applicable withholdings. The quarterly payments will be made on the 3/27/07, 6/19/07 and 9/25/07 compensation statements, after I return this original signed Repayment Agreement document. I understand that the September 2007 payment will be made only if bonus projections show that my total projected Annual Incentive Award will exceed the total advance payments.

2. I understand that this amount is being paid to me as an advance against my 2007 Annual Incentive Award. When paid in February 2008, my 2007 Annual Incentive Award will be decreased by the total advance amount paid to me. If my 2007 Annual Incentive Award is less than the total advance paid to me, I understand that my 2007 Annual Leadership Bonus will be decreased by any additional advance dollars due to the Company. If my 2007 Annual Incentive Award and 2007 Annual Leadership Bonus are less than the total advance paid to me, I understand that any additional dollars due to the Company will be deducted in equal installments over the next ten pay periods..

3. In consideration for my employment by the Company and Company's agreement to pay me an advance of my 2007 Annual Incentive Award, I agree that I will repay the full amount of the advance paid to me if my employment with Company ends prior to payment of the 2007 Annual Incentive Award, scheduled to be paid in February 2008. When my employment ends, if I will receive no future Annual Incentive Award or Annual Leadership Bonus payouts, I agree to repay the full amount of the advance immediately. If I am eligible to receive an outstanding Annual Incentive Award or Annual Leadership Bonus in the future, I understand that the award(s) will be decreased by the total advance amount paid to me. I agree to pay any outstanding advance dollars immediately.

4. The Company and I agree that I will be obligated to repay the 2007 Annual Incentive Award if I transfer to another position within Ameriprise Financial or its successors and assigns, or any of its subsidiaries or affiliates, or if I transition to a P2 independent advisor position. When paid in February 2008, my 2007 Annual Incentive Award will be decreased by the total advance amount paid to me. If my 2007 Annual Incentive Award is less than the total advance paid to me, I understand that my 2007 Annual Leadership Bonus will be decreased by any additional advance dollars due to the Company. If my 2007 Annual Incentive Award and 2007 Annual Leadership Bonus are less than the total advance paid to me, I understand that any additional dollars due to the Company will be deducted from future payments from the Company. The dollars due to the Company will be deducted in equal installments over the next ten pay periods.

5. I agree and acknowledge that this Agreement does not modify the at-will nature of my employment with the Company.

6. I specifically authorize Company to make deductions from my paychecks for any amounts I owe Company pursuant to this Agreement. If deductions from my paychecks are not sufficient to cover the total amount of the 2007 Annual Incentive Award I owe Company, I agree to repay the remaining amount of the 2007 Annual Incentive Award upon Company's written demand for

#167677 v01

Page 2

payment. In the event I fail to repay the 2007 Annual Incentive Award after such written demand, and it is necessary to take legal action against me to collect such amounts, I agree to pay Company for all costs incurred by the Company to collect such amounts from me, including reasonable attorney fees, court costs, or arbitration fees.

7. This Agreement will be construed and interpreted according to the laws in the state of Minnesota.

Ameriprise Financial or its successors and assigns

Date: _____

By: _____
Its: _____

[Employee]

Date: 3/2/07

*Joshua D Rogers*
*R38555*
*FVP Chicago O'Hare*