

December 12, 2007

<u>VIA FIRST CLASS U.S. MAIL AND CERTIFIED MAIL/
RETURN RECEIPT REQUESTED</u>

Mr. Joshua D Rogers
84 E Surrey Lane
Barrington, IL. 60010-8800

RE:   AIA Quarterly Advance Repayment

Dear Mr. Rogers:

It has come to our attention that you have ended your employment with Ameriprise Financial Services, Inc. As a result, pursuant to the terms of the Repayment Agreement you signed on March 2, 2007, we are hereby demanding repayment of the AIA Quarterly Advance you received in the gross amount of $36,276.00 (net amount of $23,544.31). For your convenience, enclosed is a copy of your signed Repayment Agreement.

Please forward your payment in the amount of $23,544.31 (net amount) by December 31, 2007 to:

> Human Resources
> Ameriprise Financial Inc.
> 362 Ameriprise Financial Center
> Minneapolis, MN 55474
> Attn: Kim Griffin

Please provide us with a check payable to Ameriprise Financial, Inc on or before December 31, 2007. If the net payment is not received by December 31, 2007, we will take legal action to enforce our rights to obtain repayment of the gross amount of $36,276.00, including all reasonable attorney fees and costs.

If you have any questions, you may contact me at 612-671-3341.

Sincerely,

*Kim Griffin*

Kim R Griffin
HR Business Partner – Velardi Region

Enclosure

#260192 v01