U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number: 1:07-CV-06876
Joshua Rogers v. Ameriprise Financial Services, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Joshua Rogers, Plaintiff

| NAME (Type or print) |
| --- |
| Brian M. Laughlin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Brian M. Laughlin |
| FIRM |
| Barney, Owens, Laughlin & Arthur, LLP |
| STREET ADDRESS |
| 9 W. Crystal Lake Rd., Suite 210 |
| CITY/STATE/ZIP |
| Lake in the Hills, Illinois 60156 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6216413 | 847-854-8700 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐