IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 07-CV-6876<br><br>Judge: Wayne R. Andersen |

**PARTIES' JOINT REPORT OF PLANNING CONFERENCE AND
PROPOSED DISCOVERY PLAN**

Pursuant to Federal Rule of Civil Procedure 26(f), a conference was held on February 8, 2008 by telephone between Troy Owens, counsel for Plaintiff Joshua Rogers ("Plaintiff"), and Beth Black, counsel for Defendant Ameriprise Financial Services, Inc. ("Defendant"). The parties hereby respectfully submit the following responses to the various items addressed in Rule 26(f):

1. **Nature and basis of claims and defenses:** Plaintiff, a former employee of Defendant, alleges state law claims for retaliatory discharge in violation of public policy. Defendant has denied all of Plaintiff's claims and asserted various affirmative defenses. Defendant has also asserted a counterclaim for breach of contract. Plaintiff has denied the allegations in Defendant's counterclaim.

2. **Possibilities for a prompt settlement or resolution of the case:** The parties believe that at this juncture any potential settlement of this matter is premature. The parties will revisit the possibility of settlement following preliminary discovery.

3. **Discovery plan:** The parties jointly propose to the Court the following discovery plan:

a. **Initial disclosures:** The parties will make their initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) by February 29, 2008. The parties agree that no changes should be made in the timing, form, or requirement for disclosures under Rule 26(a)(1).

b. **Amendment of pleadings/joinder of additional parties:** Plaintiff should be allowed until March 24, 2008 to amend his pleadings and to join additional parties. Defendant should be allowed until April 24, 2008 to amend its pleadings and to join additional parties.

c. **Subjects on which discovery may be needed:** The parties expect that discovery will be needed on Plaintiff's claims; Plaintiff's alleged damages and his efforts, if any, to mitigate those damages; Defendant's defenses; Defendant's counterclaim; and Defendant's alleged damages.

d. **Limitations on discovery:** The parties agree that discovery should not be conducted in phases, and should not be limited to or focused upon particular issues. At this time, no changes need to be made in the limitations on discovery as provided in the Federal Rules of Civil Procedure and no other limitations should be imposed, though Defendant anticipates that it may seek a protective order concerning certain potentially confidential documents or information.

e. **Fact Discovery deadline:** The parties agree that fact discovery will be completed within 210 days, or by September 8, 2008.

f. **Disclosure of experts:** The parties agree that Plaintiff will disclose his expert(s) 30 days after the close of fact discovery, or by October 8, 2008, and

Defendant will disclose its expert(s) 30 days thereafter, or by November 7, 2008. Expert witness depositions shall be completed by January 6, 2009.

    g. **Discovery completion date:** The parties agree that discovery will be completed by February 6, 2009.

    h. **Dispositive motion deadline:** The parties agree that all potentially dispositive motions will be filed by March 31, 2009.

4. **Final pre-trial conference:** The parties agree that a pre-trial conference will be held within 60 days after the Court's decision on summary judgment if the Court's decision does not dispose of the entire case.

There are no other mattes counsel deem appropriate to include in the Joint Report of Planning Conference and Proposed Discovery Plan at this time.

Dated: February 28, 2008

Respectfully submitted,

| JOSHUA ROGERS | AMERIPRISE FINANCIAL SERVICES, INC. |
|---|---|
| By: **s/ Troy C. Owens**<br>    One of his Attorneys | By: **s/ Beth A. Black**<br>    One of its Attorneys |
| Troy C. Owens, Esq.<br>Barney, Owens, Laughlin & Arthur<br>9 Crystal Lake Road, Suite 210<br>Lake in the Hills, Illinois 60156<br>Telephone: 847-854-8700 | Sari M. Alamuddin<br>Beth A. Black<br>Morgan, Lewis & Bockius LLP<br>77 W. Wacker Drive, 6th Floor<br>Chicago, IL 60601<br>Telephone: 312-324-1000<br>Facsimile: 312-324-1001 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I electronically filed the foregoing **PARTIES' JOINT REPORT OF PLANNING CONFERENCE AND PROPOSED DISCOVERY PLAN** using the CM/ECF system which will send notification of such filing to the following counsel for Plaintiff:

> Troy C. Owens, Esq.
> Barney, Owens, Laughlin & Arthur
> 9 Crystal Lake Road, Suite 210
> Lake in the Hills, Illinois 60156

**s/ Beth A. Black**
One of Defendant's Attorneys
