IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSHUA ROGERS,** )<br> )<br>    **Plaintiff,** )<br> )<br>v. )<br> )<br>**AMERIPRISE FINANCIAL SERVICES,** )<br>**INC.,** )<br>    **Defendant.** ) | Case No. 07-CV-6876<br><br>Judge Wayne R. Andersen |

### NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION OF COUNSEL FOR AMERIPRISE FINANCIAL SERVICES, INC.

Steven M. Malina and Beth A. Black, two attorneys of record for defendant Ameriprise Financial Services, Inc. in the above-captioned matter, hereby give notice of their change of address and firm affiliation. Please direct all notices, pleadings and communications to them at:

> GREENBERG TRAURIG, LLP
> 77 West Wacker Drive, Suite 2500
> Chicago, IL  60601
> Telephone:    312-456-8400
> Fax:               312-456-8435
> Email:            malinas@gtlaw.com
>                       blackb@gtlaw.com

> Respectfully submitted,

> /s/ Beth A. Black
> Beth A. Black
> GREENBERG TRAURIG, LLP
> 77 West Wacker Drive, Suite 2500
> Chicago, IL 60601
> 312-456-1055
> blackb@gtlaw.com

Dated: April 3, 2008

CHI 57,138,992v1

## CERTIFICATE OF SERVICE

I, Beth A. Black, an attorney, hereby certify that on April 3, 2008, I caused the foregoing **NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION OF COUNSEL FOR AMERIPRISE FINANCIAL SERVICES, INC.** to be served upon the following party via ECF service:

>Troy C. Owens
>Barney, Owens, Laughlin & Arthur, LLP
>9 W. Crystal Lake Rd.
>Lake in the Hills, IL 60156

>/s/ Beth A. Black
>Beth A. Black