IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 07-CV-6876<br><br>Judge: Wayne R. Andersen |

## MOTION TO STAY ARBITRATION

Defendant Ameriprise Financial Services, Inc. ("Ameriprise"), by and through its attorneys, Greenberg Traurig, LLP, respectfully moves this Court for an order to stay the arbitration proceedings filed by Plaintiff. In support of its motion, Ameriprise states as follows:

1)　　Plaintiff was employed as a Field Vice President with Ameriprise from November 2003 through May 2007. As part of his employment, Plaintiff executed a Field Vice President Agreement which contained an arbitration clause, requiring Plaintiff to bring any disputes with Ameriprise in arbitration.

2)　　On October 30, 2007, Plaintiff filed a two-count retaliatory discharge Complaint against Ameriprise in the Circuit Court of Cook County, Illinois (Case No. 07 L 012299). Ameriprise removed that action to this Court on December 6, 2007.

3)　　Almost two months after filing the court action, Plaintiff filed a Statement of Claim with the Financial Industry Regulatory Authority, Inc. ("FINRA"). The arbitration claim makes the same wrongful termination allegations.

4)　　Although an arbitration clause is enforceable as a binding agreement, an agreement to arbitrate can be waived. By deciding to file his action in a judicial forum, Plaintiff has done just that. An election to proceed in court is a presumptive waiver of a

contractual right to arbitrate. *Cabinetree of Wisconsin, Inc. v. Kraftmaid Cabinetry, Inc.*, 50 F.3d 388, 390 (7th Cir. 1995).

5) Because Plaintiff filed his claims in a judicial forum and is proceeding with this action, the FINRA arbitration should be stayed or dismissed.

6) In support of this Motion, Ameriprise submits an accompanying Memorandum of Law.

WHEREFORE, Ameriprise requests an Order staying the arbitration proceedings pending the outcome of this action.

April 14, 2008                                    AMERIPRISE FINANCIAL SERVICES, INC.

By: ___/s/ Beth A. Black___
One of its Attorneys

Paul T. Fox, Esq.
Steven M. Malina, Esq.
Beth A. Black, Esq.
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: 312-456-8400
Facsimile: 312-456-8435

## CERTIFICATE OF SERVICE

I, Beth A. Black, an attorney, hereby certify that on April 14, 2008, I caused the foregoing **MOTION TO STAY ARBITRATION AND MEMORANDUM IN SUPPORT** thereof to be served upon the following party via ECF service:

Troy C. Owens
Barney, Owens, Laughlin & Arthur, LLP
9 W. Crystal Lake Rd.
Lake in the Hills, IL 60156

/s/ Beth A. Black
Beth A. Black