IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, | ) |
| Plaintiff, | ) Case No. 07-CV-6876 |
| v. | ) Judge: Wayne R. Andersen |
| AMERIPRISE FINANCIAL SERVICES, INC., | ) |
| Defendant. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Ameriprise Financial Services, Inc.'s Motion to Stay Arbitration will be heard on Thursday, April 17, 2008 at 9:00 a.m. before the Honorable Judge Wayne R. Anderson.

Dated: April 14, 2008

AMERIPRISE FINANCIAL SERVICES, INC.

By: ___/s/ Beth A. Black
One of its Attorneys

Paul T. Fox, Esq.
Steven M. Malina, Esq.
Beth A. Black, Esq.
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL  60601
Telephone: 312-456-8400
Facsimile: 312-456-8435