IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSHUA ROGERS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-CV-6876 |
| | ) | |
| v. | ) | Judge: Wayne R. Andersen |
| | ) | |
| **AMERIPRISE FINANCIAL SERVICES, INC.,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT AMERIPRISE FINANCIAL SERVICES, INC.'S MOTION TO WITHDRAW THE APPEARANCE OF MORGAN, LEWIS & BOCKIUS LLP

NOW COMES the Defendant, **AMERIPRISE FINANCIAL SERVICES, INC.**, by and through its attorneys, and hereby respectfully moves this Court to withdraw the appearance of its attorneys Morgan Lewis & Bockius ("Morgan Lewis"), and specifically, Sari M. Alamuddin. In support of this Motion, Defendant states as follows:

1. Defendant previously retained the law firm of Morgan Lewis to represent its interests in this matter. Defendant wishes to withdraw the appearance of Morgan Lewis and attorney Sari M. Alamuddin.

2. Defendant will be represented in this matter by Steven Marc Malina and Beth Anne Black, formerly of Morgan Lewis but now with Greenberg Traurig, LLP law offices. No party will be prejudiced nor will any delay result from the withdrawal of the appearance of Morgan Lewis and attorney Sari M. Alamuddin.

WHEREFORE, Defendant respectfully requests that this Court withdraw the appearance of Morgan, Lewis & Bockius LLP, and attorney Sari M. Alamuddin.

Dated: April 15, 2008                     AMERIPRISE FINANCIAL SERVICES, INC.

                                          By: /s/ Sari M. Alamuddin
                                              One of its Attorneys

1-CH/211976.1

        Sari M. Alamuddin, Esq.
        **Morgan, Lewis & Bockius LLP**
        77 W. Wacker Drive, 5th Floor
        Chicago, IL  60601
        Telephone:     312-324-1000
        Facsimile:      312-324-1001

## CERTIFICATE OF SERVICE

      I, Sari M. Alamuddin, an attorney, certify that I served the foregoing **DEFENDANT'S MOTION TO WITHDRAW THE APPEARANCE OF MORGAN, LEWIS & BOCKIUS** by causing a true and correct copy of the same to be sent via the Court's electronic filing system to:

> Troy C. Owens, Esq.
> **Barney, Owens, Laughlin & Arthur**
> 9 West Crystal Lake Road, Suite 210
> Lake in the Hills, IL 60156

on this 15th day of April, 2008.

                                                  /s/ Sari M. Alamuddin