IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSHUA ROGERS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-CV-6876 |
| | ) | |
| v. | ) | Judge: Wayne R. Andersen |
| | ) | |
| **AMERIPRISE FINANCIAL SERVICES, INC.,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Troy C. Owens, Esq.
**Barney, Owens, Laughlin & Arthur**
9 West Crystal Lake Road, Suite 210
Lake in the Hills, IL  60156

     PLEASE TAKE NOTICE that on Thursday, April 24, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Wayne R. Andersen, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 1403, and shall then and there present **DEFENDANT'S MOTION TO WITHDRAW THE APPEARANCE OF MORGAN, LEWIS & BOCKIUS LLP**, a copy of which is being served upon you along with this Notice.

Dated:  April 15, 2008                                                                      AMERIPRISE FINANCIAL SERVICES, INC.

                                                                                                        By: /s/  Sari M. Alamuddin
                                                                                                            One of its Attorneys
                                                                                 Sari M. Alamuddin, Esq.
                                                                                 **Morgan, Lewis & Bockius LLP**
                                                                                 77 W. Wacker Drive, 5th Floor
                                                                                 Chicago, IL  60601
                                                                                 Telephone:     312-324-1000
                                                                                 Facsimile:      312-324-1001

1-CH/212014.1

## CERTIFICATE OF SERVICE

I, Sari M. Alamuddin, an attorney, certify that I served the foregoing **NOTICE OF DEFENDANT'S MOTION TO WITHDRAW THE APPEARANCE OF MORGAN, LEWIS & BOCKIUS** by causing a true and correct copy of the same to be sent via the Court's electronic filing system to:

> Troy C. Owens, Esq.
> **Barney, Owens, Laughlin & Arthur**
> 9 West Crystal Lake Road, Suite 210
> Lake in the Hills, IL  60156

on this 15th day of April, 2008.

                                                /s/  Sari M. Alamuddin