IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERIPRISE FINANCIAL SERVICES, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 07-CV-6876 <br><br> Judge: Wayne R. Andersen |

## RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Ameriprise Financial Services, Inc.'s Motion to Stay Arbitration will be heard on Thursday, April 24, 2008 at 9:00 a.m. before the Honorable Judge Wayne R. Anderson.

Dated: April 21, 2008

AMERIPRISE FINANCIAL SERVICES, INC.

By: ___/s/ Beth A. Black___
    One of its Attorneys

Paul T. Fox, Esq.
Steven M. Malina, Esq.
Beth A. Black, Esq.
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL  60601
Telephone: 312-456-8400
Facsimile: 312-456-8435

CHI57177965V1

## CERTIFICATE OF SERVICE

I, Beth A. Black, an attorney, hereby certify that on April 21, 2008, I caused the foregoing **RE-NOTICE OF MOTION AND MOTION TO STAY ARBITRATION AND MEMORANDUM IN SUPPORT** thereof to be served upon the following party via ECF service:

Troy C. Owens
Barney, Owens, Laughlin & Arthur, LLP
9 W. Crystal Lake Rd.
Lake in the Hills, IL 60156

/s/ Beth A. Black
Beth A. Black