## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                   Case Number: 07-CV-6876

JOSHUA ROGERS,
     Plaintiff,
  v.
AMERIPRISE FINANCIAL SERVICES,
INC.,    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERIPRISE FINANCIAL SERVICES, INC.

| | |
|---|---|
| **NAME (Type or print)** <br> Paul T. Fox | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** <br> s/ Paul T. Fox | |
| **FIRM** <br> Greenberg Traurig, LLP | |
| **STREET ADDRESS** <br> 77 West Wacker Drive, Suite 2500 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 3121741 | **TELEPHONE NUMBER** <br> (312) 456-8420 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐