Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 6876 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Rogers vs. Ameriprise Financial | | |

**DOCKET ENTRY TEXT**

Defendant's motion to withdraw attorney [24] is granted. Sari Alamuddin is given leave to withdraw her appearance. Defendant's motion to stay arbitration [21] is entered and briefed as follows: Plaintiff to respond by 5/9/2008. Defendant to reply by 5/13/2008. Ruling will be made by mail. Status hearing set for 5/13/2008 @ 1:00 p.m.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | TSA |
|---|---|---|