UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Joshua Rogers
                                    Plaintiff,
v.                                                      Case No.: 1:07−cv−06876
                                                        Honorable Wayne R. Andersen
Ameriprise Financial Services, Inc.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

MINUTE entry before Judge Honorable Wayne R. Andersen:By agreement, the parties have extended their briefing schedule as follows regarding the motion to stay[21]:Responses due by 5/30/2008, Replies due by 6/12/2008. Ruling will be made by mail. Status hearing set for 5/13/2008 is stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.