**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Joshua Rogers
                                  Plaintiff,

v.                                              Case No.: 1:07–cv–06876
                                                         Honorable Wayne R. Andersen

Ameriprise Financial Services, Inc.
                                  Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: discovery supervision motion for protective order[31].(tsa, )Mailed notice.


Dated: June 4, 2008

                                                                                 /s/ Wayne R. Andersen

                                                                          United States District Judge