Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 7 C 6876 | DATE | 6/5/2008 |
| CASE TITLE | Joshua Rogers vs. Ameriprise financial Services, Inc. | | |

**DOCKET ENTRY TEXT**

Enter agreed order to reset briefing schedule regarding defendant's motion to stay arbitration. Plaintiff shall file his response brief on or before June 23, 2008. Defendant shall file its reply brief on or before 7/10/2008. Ruling will be made by mail.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|