MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6876 |
| | ) | |
| v. | ) | |
| | ) | |
| AMERIPRISE FINANCIAL SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

~~PROPOSED~~ AGREED ORDER TO RESET BRIEFING SCHEDULE

This matter coming before the Court pursuant to Defendant's Motion to Stay Arbitration, and all parties being advised that Plaintiff's attorney in the underlying arbitration matter, Brian Reis, having been stricken temporarily incapacitated due to a medical condition, and all parties agreeing to the briefing schedule set forth below, it is hereby ordered that:

1. Plaintiff shall file his response brief on or before June 23, 2008;

2. Defendant shall file its reply brief on or before July 10, 2008.

June 5, 2008
(Date)

_____
(Hon. Judge Wayne R. Anderson)