# EXHIBIT C

BEFORE THE FINANCIAL INDUSTRY REGULATORY AUTHORITY
------------------------------------------------------------X
In the Matter of the Arbitration Between

JOSHUA D. ROGERS                                   FINRA Case No.: 07-03502

        Claimant,

-against-

AMERIPRISE FINANCIAL SERVICES, INC.

        Respondent.
------------------------------------------------------------X



    Claimant, by and through his attorney, files this Statement of Claim as follows:

    Simply stated, Claimant was wrongfully terminated from the employ of Respondent and was terminated in direct violation of Respondent's own employment manual and policies. The termination was contrived with vindication and with the intent of preventing Claimant from obtaining compensation and stock of Respondent to which Claimant was entitled. It is presently estimated that the loss to Claimant is in excess of $1,250,000.

    By way of background, Claimant had been employed as a Registered Representative with Respondent from October 2005 to June 19, 2007, the date upon which he was wrongfully terminated. Immediately prior to his employment with Respondent, Claimant had been employed as a Registered Representative by American Express Financial Advisors, who upon information and belief was acquired in its entirety by Respondent in or about October, 2005.

    During his employment with Respondent, Claimant served as the Field Vice President in the north half of the Chicago area with responsibilities that included supervision and sales management of the Ameriprise financial advisors. His compensation consisted of a base salary, but his compensation package was more dependant upon quarterly and annual bonus payments which were correlated to the performance of the geographic sector he managed. The quarterly

1

bonuses consisted of cash payments while the annual bonus consisted of a cash component as well as stock of Ameriprise in various forms as described further below.

For the year immediately prior to the wrongful termination in 2007, Claimant received income in excess of $475,000 and received an additional compensation award relating to that year consisting of additional cash and stock options. When the 2007 calendar year began, Claimant continued to receive his base salary of approximately $76,000. At the end of the first quarter, Claimant received a rating of "G2" which represents the second highest rating in the Ameriprise quarterly rating system. Claimant was terminated in June of 2007 just before the quarterly review was due for the second quarter. The reason for the termination as set forth by Respondent in Claimant's U-5 was " Violation of Company Policy-Code of Conduct- Non Securities Related". Claimant contends that the Respondent terminated Claimant, inter alia, in retaliation for Claimant's refusal to conform to actions of Respondent which were unlawful and therefore the termination was wrongful.

In any event, regardless of the reasons for the termination, Respondent failed to follow its own Consequence Management Guidelines when dealing with the termination or investigation of the business practices of Claimant to the extent that business practices were the reason for the termination, and also failed to follow its own guidelines relating to Human Resource issues if that was the basis for the termination. Simply stated, Respondent terminated Claimant wrongfully and did so for reasons which will become apparent through the Discovery process.

To the extent that Respondent will assert in its Answer that Claimant somehow violated firm policy with regard to dealings with clients of Respondent, Claimant will show that Claimant had approval for all activities in which he engaged.

2

It will also be proven that no action to which Respondent would assert was the basis for the termination, caused any client of Respondent to sustain any loss, and furthermore, did not cause Respondent itself to sustain any harm.

As a result of the wrongful termination by Respondent, Claimant seeks damages presently estimated to be in excess of $1,250,000 consisting of lost wages, benefits, attorney fees, forum fees and punitive damages.

Respectfully Submitted,
BRIAN REIS
Attorney for Claimant
80 Broad Street- 33rd Floor
New York, New York 10004
(212) 785-5170