# EXHIBIT D

November 4, 2007

(Via Fax 312-606-0742)
Carol Schaefer
Special Investigator
FINRA
55 W. Monroe St.- Suite 2700
Chicago, IL 60603

      Re: Examination No.: 20070095014

Dear Carol:

      With regard to your letter dated October 8, 2007 and the extensions granted thereto, I respond as follows:

1. Please be advised that I did not terminate my registration with Ameriprise Financial Services, Inc. ("Ameriprise"), but rather, I was terminated by Ameriprise and I have commenced legal action contending that the termination was wrongful.

2. During the time period that I was registered at Ameriprise I was a registered representative and also served as a Field Vice President for the north half of the Chicago Metro area and as such I was a general sales manager with 90 employees reporting to me.

3. I signed the Letter of Caution annexed as "Exhibit A" as required to confirm that I received the Letter, but not to admit to the contentions in the Letter. Please see page 2 of the Letter.

4. Respectfully, I refer you to the first two pages of "Exhibit B" which includes a detailed signed statement that addresses the issues in the Letter of Caution. Please be advised that the wording of the "Draft Letter of Credit" was sent to me as template Letter of Credit by Mitchell Paul (General Counsel to Capitol Specialty Insurance), and that the wording was then "cut and pasted" onto letterhead I used at Ameriprise Financial, NOT Ameriprise Bank as the Letter of Caution wrongly states. The document was then FAXED to Mr. Paul as a draft in order for him to determine what wording on a "Final Letter of Credit" was required by the District of Columbia Department of Insurance. While I have no specific recollection of signing the "Draft", my signature was placed on the Draft in error.

5. The information is accurate as presented. I cannot attest to the accuracy of e-mails sent to me from others or from others sent to third-parties, but I believe all of the documents to be accurate reflections of e-mails that were exchanged.

6.     The Letter of Credit was NOT sent to the Department of Insurance, Securities and Banking. A final draft of the "Letter of Credit" was never created, consistent with the contents of the e-mails annexed to Exhibit B of your letter.

7.     I believe that a careful review of the documents annexed to your letter, depicts that I had no ill-intentions and that I was seeking guidance through the proper channels of Ameriprise in accommodating the request of a client of Ameriprise for documentation which I was not accustomed to providing. The paper trail demonstrates that I sought assistance from a Director of Marketing at Ameriprise and by doing so, was advised that the documentation the client sought was not obtainable from Ameriprise. Therefore, no further action occurred and no harm occurred to Ameriprise or the client.

Respectfully Submitted,

Joshua Rogers