# EXHIBIT E

Location: NASD > Manual > Rules of the Association > Procedural Rules (8000–14000) > 10000. Code of Arbitration Procedure > 10300. Uniform Code of Arbitration > 10324. Interpretation of Provisions of Code and Enforcement of Arbitrator Rulings

<< **Previous**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Next**

## 10324. Interpretation of Provisions of Code and Enforcement of Arbitrator Rulings

This Code will be superseded by the Customer Code (Rule 12000 Series) and the Industry Code (Rule 13000 Series) on April 16, 2007, for claims filed on or after that date. This Code will remain in effect, however, for cases filed before April 16, 2007.

　　　The arbitrators shall be empowered to interpret and determine the applicability of all provisions under this Code and to take appropriate action to obtain compliance with any ruling by the arbitrator(s). Such interpretations and actions to obtain compliance shall be final and binding upon the parties.

Amended eff. Nov. 16, 1992.

<< **Previous**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Next**

©2008 FINRA. All rights reserved.