IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERIPRISE FINANCIAL SERVICES, INC. )<br>)<br>Defendant. ) | Case No. 07 C 6876 |

### NOTICE OF FILING

To:   Paul Fox
      Steven M. Malina
      Beth Black
      Greenberg Traurig, LLP
      77 W. Wacker Drive, 25th Floor
      Chicago, IL  60601

    PLEASE TAKE NOTICE THAT on June 23, 2008 we caused to be filed with the Clerk of the District Court **Memorandum in Opposition to Motion to Stay Arbitration**, a copy of which is attached hereto and hereby served upon you.

                                       By: /s/ Troy C. Owens
                                            Barney, Owens, Laughlin & Arthur, LLP
                                            Attorneys for Plaintiff

Prepared by:
Troy C. Owens
Barney, Owens, Laughlin & Arthur, LLP
9 W. Crystal Lake Rd., Suite 210
Lake in the Hills, Illinois  60156