# EXHIBIT F

Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

Steven M. Malina
312-324-1155
smalina@morganlewis.com

March 6, 2008

**_VIA FACSIMILE & U.S. MAIL_**

Matthew Luzi
Case Administrator
FINRA Dispute Resolution
Midwest Region
55 West Monroe Street, Suite 2600
Chicago, Illinois 60603

    Re:   *Joshua D. Rogers v. Ameriprise Financial Services, Inc.*
           FINRA Dispute Resolution Case No: 07-03502

Dear Mr. Luzi:

This letter shall serve as Ameriprise Financial Services, Inc.'s ("Ameriprise") Initial Answer to Claimant Joshua Rogers's ("Rogers") Statement of Claim.

Ameriprise generally and specifically denies each and every allegation in the Statement of Claim, denies that Rogers was damaged in any sum or sums whatsoever, and denies that Rogers is entitled to any relief against Ameriprise. Moreover, Ameriprise avers that the Statement of Claim fails to state any claim upon which relief can be granted.

Answering further, Ameriprise submits that Rogers has waived any right to submit this dispute to FINRA arbitration because Rogers chose to first pursue his claims in court. *Auto Mechanics Local 701 Welfare and Pension Funds v. Vanguard*, 502 F.3d 740, 746 (7th Cir. 2007) (the choice of an arbitral forum can be waived early in the proceedings, and generally is waived once the party who later wants arbitration elects a judicial forum); *Grumhaus v. Comerica Sec., Inc.*, 223 F.3d 648, 650 (7th Cir. 2000) (plaintiffs' knowing selection of judicial forum and participation in litigation was plainly inconsistent with a desire to arbitrate). "Litigants may turn their back on their right to enforce an agreement to arbitrate." *Auto Mechanics*, 502 F.3d at 747. On October 30, 2007, Claimant filed a Complaint in the Circuit Court of Cook County, Illinois (Case No. 07 L 012299). Two months later, on or about December 28, 2007, FINRA served Claimant's Statement of Claim on Ameriprise. In both his Complaint and Statement of Claim,

Chicago  Philadelphia  Washington  New York  Los Angeles  San Francisco  Miami  Pittsburgh
Princeton  Palo Alto  Dallas  Harrisburg  Irvine  Boston  London  Paris  Brussels  Frankfurt  Tokyo

1-CH/209149.1



Matthew Luzi
March 6, 2008
Page 2


Rogers raises the same claim, to wit, that he was wrongfully terminated by Ameriprise. As such, Claimant has waived his right to arbitration.

Ameriprise hereby reserves its rights to supplement or amend its Initial Answer as additional facts become known to the parties in this case.


Very truly yours,

Steven M. Malina
/mbd

cc:  Brian H. Reis, Esq. (Attorney for Claimant, Via Facsimile & U.S. Mail)
     Mark Matuga, Esq. (Via U.S. Mail)

1-CH/209149.1