IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-CV-6876 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| AMERIPRISE FINANCIAL SERVICES, INC., | ) ) ) | |
| | ) | Magistrate Judge Brown |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's *Standing Order for Initial Status Report for Cases Before Judge Brown*, the parties jointly submit the following joint status report in preparation for the initial status conference scheduled for Tuesday, July 1, 2008, at 9:30 a.m.:

1.　Plaintiff Joshua Rogers ("Plaintiff") alleges in his Complaint that Defendant Ameriprise Financial Services, Inc. ("Defendant") wrongfully terminated Plaintiff's employment as a result of Plaintiff's refusal to undertake action violative of the Illinois Criminal Code and the Illinois Securities Law of 1953. Defendant denies that it wrongfully terminated Plaintiff, but rather, that it terminated Plaintiff for violating company procedures and policies. Defendant also filed a Counterclaim for breach of contract seeking repayment of an advance paid to Plaintiff on his 2007 Annual Incentive Award. Plaintiff has denied the allegations in Defendant's Counterclaim.

2.　Plaintiff's Complaint seeks compensatory damages in excess of $5,000,000 for lost compensation after the date of Plaintiff's termination, in addition to punitive damages. Defendant's Counterclaim seeks damages of $36,276, plus interest, costs, expenses and attorneys' fees.

3. Pursuant to Judge Andersen's Order of June 4, 2008, this case has been referred to Magistrate Judge Brown for purposes of discovery supervision and motion for entry of stipulated protective order.

4. No briefing has taken place to date on any of the matters referred.

5. The parties have exchanged written document requests and interrogatories, and responses and objections to same. Plaintiff has produced responsive documents. Defendant is awaiting entry of the stipulated protective order to produce responsive documents. No depositions have been taken or scheduled. The parties have agreed to complete written discovery before commencing oral discovery. The parties previously agreed to complete all fact discovery by September 8, 2008, but have discussed the possibility of extending that date.

6. The parties do not consent to trial before the Magistrate Judge.

7. The parties filed a Joint 26(f) Conference Report. No dates or deadlines have been established by Judge Andersen.

8. Plaintiff has made a settlement demand, which Defendant rejected. No further settlement negotiations have taken place to date.

Respectfully submitted,

/s/ Beth A. Black
Paul T. Fox, Esq.
Steven M. Malina, Esq.
Beth A. Black, Esq.
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL  60601
Telephone: 312-456-8400
Facsimile: 312-456-8435

Attorneys for Defendant
Ameriprise Financial Services, Inc.

/s/ Troy C. Owens
Troy C. Owens, Esq.
Barney, Owens, Laughlin & Arthur, LLP
9 W. Crystal Lake Rd.
Lake in the Hills, IL 60156
Telephone: (847) 854-8700
Facsimile: (847) 854-8777

Attorney for Plaintiff
Joshua Rogers

## **CERTIFICATE OF SERVICE**

I, Beth A. Black, an attorney, hereby certify that on June 26, 2008, I caused the foregoing **JOINT STATUS REPORT** to be served upon the following party via ECF service:

Troy C. Owens
Barney, Owens, Laughlin & Arthur, LLP
9 W. Crystal Lake Rd.
Lake in the Hills, IL 60156

/s/ Beth A. Black
Beth A. Black