UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Joshua Rogers
                              Plaintiff,

v.                                                 Case No.: 1:07–cv–06876
                                                    Honorable Wayne R. Andersen

Ameriprise Financial Services, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held and continued to 09/09/08 at 9:45 a.m. Motion hearing held. Parties' agreed motion for protective [31] is entered and continued to 07/22/08 at 9:45 a.m. By the next status hearing, parties shall have had a conference to schedule the depositions they know they will take.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.