IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-CV-6876 |
| ) | |
| v. ) | Judge Wayne R. Andersen |
| ) | |
| AMERIPRISE FINANCIAL SERVICES, ) | Magistrate Judge Brown |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SECOND AGREED MOTION FOR PROTECTIVE ORDER

Defendant Ameriprise Financial Services, Inc. ("Ameriprise"), by its attorneys and by stipulation of the parties, moves for the entry of a protective order pursuant to Fed.R.Civ.P. 26(c) to govern the handling of documents containing confidential business, client and employee information. In support of its motion, Ameriprise states as follows:

1.  Plaintiff has requested certain documents from Ameriprise relating to confidential client, employee, business and compliance information. In response, Ameriprise has asserted that certain responsive documents relating to such information is deemed by Ameriprise to be proprietary and highly confidential information within the scope of Fed.R.Civ.P. 26(c).

2.  Ameriprise has requested, and the parties agree, that a protective order be entered to protect the confidentiality of such information and to otherwise limit its dissemination in the course of or as a result of this litigation.

3.  On July 22, 2008, the parties appeared before Magistrate Judge Brown at a hearing on the Agreed Motion for Protective Order and Stipulated Protective Order which were initially filed on May 12, 2008. Magistrate Judge Brown ordered the parties to make certain

revisions to the Stipulated Protective Order and submit a Revised Stipulated Protective Order for entry by the Court.

4.  The parties have drafted a Revised Stipulated Protective Order that reflects the comments made by the Court at the July 22, 2008 hearing and that narrowly defines the categories of documents the parties contemplate as needing confidential treatment. *See Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943 (7th Cir. 1999); *Zahran v. Trans Union Corp.*, No. 01 C 1700, 2002 WL 31010822, at *2 (N.D. Ill. Sept. 9, 2002).

5.  Attached hereto as Exhibit 1 is a copy of a Revised Stipulated Protective Order memorializing the parties' agreement with respect to the protection of certain documents and information to be designated as confidential by Ameriprise.

WHEREFORE, the parties respectfully request the Court's entry of the attached Revised Stipulated Protective Order.

Dated: July 30, 2008

| /s/ Beth A. Black | /s/ Troy C. Owens |
|---|---|
| Paul T. Fox, Esq. | Troy C. Owens, Esq. |
| Steven M. Malina, Esq. | Barney, Owens, Laughlin & Arthur, LLP |
| Beth A. Black, Esq. | 9 W. Crystal Lake Rd. |
| Greenberg Traurig, LLP | Lake in the Hills, IL 60156 |
| 77 W. Wacker Drive, Suite 2500 | Telephone: (847) 854-8700 |
| Chicago, IL 60601 | Facsimile: (847) 854-8777 |
| Telephone: 312-456-8400 | |
| Facsimile: 312-456-8435 | Attorney for Plaintiff |

Attorneys for Defendant
Ameriprise Financial Services, Inc.

## CERTIFICATE OF SERVICE

I, Beth A. Black, an attorney, hereby certify that on July 30, 2008, I caused the foregoing **SECOND AGREED MOTION FOR PROTECTIVE ORDER** and **REVISED STIPULATED PROTECTIVE ORDER** to be served upon the following party via ECF service:

> Troy C. Owens
> Owens & Laughlin, LLC
> 9 W. Crystal Lake Rd.
> Suite 210
> Lake in the Hills, IL 60156

/s/ Beth A. Black
Beth A. Black