IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA ROGERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERIPRISE FINANCIAL SERVICES, )<br>INC., )<br>)<br>Defendant. )<br>) | Case No. 07-CV-6876<br><br>Judge Wayne R. Andersen<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Ameriprise Financial Services, Inc.'s Second Agreed Motion for Protective Order will be heard on Wednesday, August 6, 2008 at 9:45 a.m. before Magistrate Judge Brown.

Dated: July 30, 2008

AMERIPRISE FINANCIAL SERVICES, INC.

By: ____/s/ Beth A. Black_____
One of its Attorneys

Paul T. Fox, Esq.
Steven M. Malina, Esq.
Beth A. Black, Esq.
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL  60601
Telephone: 312-456-8400
Facsimile: 312-456-8435

## CERTIFICATE OF SERVICE

I, Beth A. Black, an attorney, hereby certify that on July 30, 2008, I caused the foregoing **NOTICE OF MOTION AND SECOND AGREED MOTION FOR PROTECTIVE ORDER** to be served upon the following party via ECF service:

Troy C. Owens
Barney, Owens, Laughlin & Arthur, LLP
9 W. Crystal Lake Rd.
Lake in the Hills, IL 60156

/s/ Beth A. Black
Beth A. Black