**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Joshua Rogers
                                        Plaintiff,

v.                                                                   Case No.: 1:07–cv–06876
                                                                       Honorable Wayne R. Andersen

Ameriprise Financial Services, Inc.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Parties' second agreed motion for protective order [44] is granted. Motion hearing previously set for 08/06/08 is stricken. Enter Revised Stipulated Protective Order. Mailed notice(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.