**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Joshua Rogers
                            Plaintiff,
v.                                              Case No.: 1:07−cv−06876
                                                Honorable Wayne R. Andersen
Ameriprise Financial Services, Inc.
                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, September 16, 2008:

   MINUTE entry before the Honorable Geraldine Soat Brown:Status hearing held
and continued to 01/27/09 at 9:45 a.m. At the next status hearing counsel for the parties
shall be prepared to report on a schedule for depositions that they know they will
take.Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.